UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT WELDEN,

    Plaintiff,

v.

ARTHUR HALE, M.D., et al.,

    Defendants.

Case No. 2:15-cv-2410
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On August 14, 2017, the Magistrate Judge issued a Report and Recommendation (ECF No. 41) recommending that the Court grant Defendant's Motion for Summary Judgment (ECF No. 31). The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation (ECF No. 41) is **ADOPTED**, and for the reasons set forth in the report, Defendant's Motion for Summary Judgment (ECF No. 31) is **GRANTED**. Plaintiff's claims are therefore **DISMISSED**.

    **IT IS SO ORDERED.**

8-29-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE